UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 1:22-cr-90

                                    Hon. Hala Y. Jarbou

ANTWAUN DEMETRIUS ALLEN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 1, 2022, Magistrate Judge Ray Kent issued a Report and Recommendation (R&R), recommending that Defendant's plea of guilty to Count 1 of the Indictment be accepted. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 15, 2022. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, the Court will accept the plea.

The Court notes that Defendant is charged with a Title 21 drug offense, for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, 21 U.S.C. § 801, et seq. Under 18 U.S.C. § 3143(a)(2), such a conviction ordinarily requires mandatory remand unless Defendant satisfies the conditions of § 3143(a)(1) and clearly establishes "that there are exceptional reasons why [his] detention would not be appropriate." 18 U.S.C. § 3145(c); *see United States v. Sykes*, 807 F. App'x 553, 554 (6th Cir. 2020). No briefings have been submitted arguing that detention would not be appropriate.

Accordingly,

2

**IT IS ORDERED** that the R&R (ECF No. 24) is **APPROVED and ADOPTED** as the opinion of the Court.  Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Indictment.

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143.  Defendant Antwaun Demetrius Allen must surrender to the to the Ingham County Jail (5303 S. Cedar St., Lansing, MI), no later than September 28, 2022, by 5:00 PM, and shall be detained pending sentencing.  If Defendant does not self-surrender by that deadline, the Court will issue a warrant for his arrest.

Dated: September 23, 2022           /s/ Hala Y. Jarbou
                                    HALA Y. JARBOU
                                    CHIEF UNITED STATES DISTRICT JUDGE